UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEWAYNE NATHANIEL EVANS,

      Plaintiff,

  v.

FRANKLIN COUNTY CORRECTIONS II, *et al.*,

      Defendants.

:

Case No. 2:22-cv-3669
Judge Sarah D. Morrison
Magistrate Judge Stephanie K. Bowman

## ORDER

This matter is before the Court on the December 22, 2022 Report and Recommendation issued by the Magistrate Judge. (ECF No. 6.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief may be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 6) and **DISMISSES** the Complaint (ECF No. 5). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    IT IS SO ORDERED.

                            /s/ Sarah D. Morrison
                            **SARAH D. MORRISON**
                            **UNITED STATES DISTRICT JUDGE**